No. 655. VIRGINIA ET AL. *v.* APPALACHIAN ELECTRIC POWER CO. (OF VIRGINIA). March 4, 1933. Petition for writ of certiorari to the Supreme Court of Appeals of

Virginia denied. *Messrs. Edwin. H. Gibson, John R. Saunders, Collins Denny, Jr.,* and *Edward T. Haynes* for petitioners. *Mr. E. Randolph Williams.* for. respondent.